IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE LOWE, | : | Civil No. 1:23-CV-01711 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LEBANON CITY POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

Before the court is the report and recommendation of United States Magistrate Judge Martin C. Carlson recommending that the court dismiss the amended complaint filed by Plaintiff for failure to meet the pleading requirements of Federal Rule of Civil Procedure 8.  (Doc. 6.)  No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court.  *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Carlson's analysis is well-reasoned and fully supported by the record and applicable law.

Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation is **ADOPTED** in its entirety. (Doc. 6.)

2) Plaintiff's complaint is **DISMISSED** without prejudice to Plaintiff filing an amended complaint within **30 days of this order**.  (Doc. 1.)

3) The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: March 29, 2024